UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DAQUAN THOMPSON                                            :   Civil Case No.:
                                                           :   1-21-CV-03748
                                                           :   (KAM)(RER)
                          Plaintiff,                       :
                                                           :   STIPULATION
     -against-                                             :   OF DISMISSAL
                                                           :
PEDRO ROJAS; COWAN                                         :
SYSTEMS, LLC, UNITED STATES
FIRE INSURANCE COMPANY;                                    :
CRUM & FORSTER HOLDINGS
CORPORATION; FAIRFAX                                       :
FINANCIAL HOLDINGS
UNLIMITED; COTTINGHAM                                      :
& BUTLER CLAIMS SERVICES,
                                                           :
                          Defendants.                      :
-----------------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, counsel of record for the parties in the above-captioned action, that plaintiff agrees to dismissal without prejudice in favor of the following parties: CRUM & FORSTER HOLDINGS CORPORATION and FAIRFAX FINANCIAL HOLDINGS UNLIMITED.

      **IT IS FURTHER STIPUATED AND AGREED** that this Stipulation has no effect on plaintiff's claims or causes of action against the other named defendants.

Dated: New York, New York
       August 9, 2021

DAVID M. HARRISON, ESQ.                              LONDON FISCHER LLP

By: _____                        By: _____
                                                         Matthew K. Finkelstein Esq.
   Attorneys for Plaintiff                               Attorneys for Defendants
   DAQUAN THOMPSON                                       59 Maiden Lane
   48 Willoughby Street                                  New York, NY 10038
   Brooklyn, New York 11201                              (212) 972-1000
   (718)243-2109

So Ordered:_____
      U.S.D.J

{N1952202.1}