UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------ x

DAQUAN THOMPSON,

                Plaintiff,

       -against-

PEDRO ROJAS; COWAN SYSTEMS, LLC, UNITED
STATES FIRE INSURANCE COMPANY;
CRUM & FORSTER HOLDINGS CORPORATION;
FAIRFAX FINANCIAL HOLDINGS UNLIMITED;
COTTINGHAM & BUTLER CLAIMS SERVICES,

                Defendants.
------------------------------------------ x

Civil Case No.:
1-21-CV-03748
(KAM)(RER)

STIPULATION
OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, counsel of record for the parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the action having been settled, the above-captioned action is hereby dismissed with prejudice, and without costs to any party as against each other.

    The Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 14, 2023

DAVID M. HARRISON, ESQ.

By: _____

Attorneys for Plaintiff
DAQUAN THOMPSON
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109

So Ordered: _____
           U.S.D.J
              8.21.2023

LONDON FISCHER LLP

By: *Matthew K. Finkelstein*

Matthew K. Finkelstein Esq.
Attorneys for Defendants
59 Maiden Lane
New York, NY 10038
(212) 972-1000